# **EXHIBIT 2**

**THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT**
**SALT LAKE, STATE OF UTAH**
**WALKER EDISON FURNITURE COMPAN vs. BONHAM, BRAD, et al.**

| CASE NUMBER | 230902160 - Miscellaneous |
|---|---|

CURRENT ASSIGNED JUDGE: ROBERT FAUST

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | BRAD BONHAM | DAVID REYMANN<br>BRENNAN MOSS<br>MICHAEL GEHRET<br>CHARLES MORRIS |
| Defendant | PHIL DAMIANO | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>MATTHEW RICE<br>ELIZABETH LAUGHLIN<br>TREVOR SCHEETZ<br>SEAN G KOLLER |
| Defendant | KEN MURPHY | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>MATTHEW RICE<br>GREG SHINALL<br>ELIZABETH LAUGHLIN<br>TREVOR SCHEETZ<br>SEAN G KOLLER |
| Defendant | ADAM SUTTIN | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>MATTHEW RICE<br>GREG SHINALL<br>ELIZABETH LAUGHLIN<br>TREVOR SCHEETZ<br>SEAN G KOLLER |
| Defendant | KYLE CASELLA | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>MATTHEW RICE<br>GREG SHINALL<br>ELIZABETH LAUGHLIN<br>TREVOR SCHEETZ<br>SEAN G KOLLER |
| Defendant | DAVID FIORENTINO | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>MATTHEW RICE<br>GREG SHINALL<br>ELIZABETH LAUGHLIN<br>TREVOR SCHEETZ<br>SEAN G KOLLER |
| Defendant | DOES 1-100 | |
| Defendant | MB & BB HOLDINGS LLC | DAVID REYMANN<br>BRENNAN MOSS<br>MICHAEL GEHRET<br>CHARLES MORRIS |

| | | |
|---|---|---|
| Defendant | MATT DAVIS | DAVID REYMANN<br>BRENNAN MOSS<br>MICHAEL GEHRET<br>CHARLES MORRIS |
| Defendant | WALKER EDISON HOLDING COMPANY | DAVID REYMANN<br>KADE OLSEN<br>CARISSA URESK<br>MATTHEW RICE<br>GREG SHINALL<br>ELIZABETH LAUGHLIN<br>TREVOR SCHEETZ<br>SEAN G KOLLER |
| Defendant | PROSPECT HILL GROWTH PARTNERS | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>WILLIAM A CLAREMAN<br>GEOFFREY CHEPIGA<br>ADAM P SAVITT<br>VIDA ROBINSON |
| Defendant | JWC-WE HOLDCO LLC | DAVID REYMANN<br>KADE OLSEN<br>CARISSA URESK<br>WILLIAM A CLAREMAN<br>GEOFFREY CHEPIGA<br>ADAM P SAVITT<br>VIDA ROBINSON |
| Defendant | JWC-WE HOLDINGS LP | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>WILLIAM A CLAREMAN<br>GEOFFREY CHEPIGA<br>ADAM P SAVITT<br>VIDA ROBINSON |
| Defendant | PROSPECT HILL GROWTH FUND II L | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>WILLIAM A CLAREMAN<br>GEOFFREY CHEPIGA<br>ADAM P SAVITT<br>VIDA ROBINSON |
| Defendant | PROSPECT HILL GROWTH FUND II C | DAVID REYMANN<br>KADE OLSEN<br>TAMMY FRISBY<br>CARISSA URESK<br>WILLIAM A CLAREMAN<br>GEOFFREY CHEPIGA<br>ADAM P SAVITT<br>VIDA ROBINSON |
| Plaintiff | WALKER EDISON FURNITURE COMPAN | ERIK CHRISTIANSEN<br>DAVID REYMANN<br>ALAN MOURITSEN<br>BRIAN ROTHSCHILD<br>Jeffrey C Krause<br>Michael Farhang<br>Michael S Neumeister<br>RYAN S APPLEBY<br>Adam Jantzi |

**Events**

| Date | Event |
|---|---|
| March 30, 2023 | Filed: Complaint |
| March 30, 2023 | Fee Account created |
| March 30, 2023 | Fee Account created |

| | |
|---|---|
| March 30, 2023 | Fee Payment |
| March 30, 2023 | Case filed by efiler |
| March 30, 2023 | Filed: Return of Electronic Notification |
| March 31, 2023 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| March 31, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Motion Pro Hac Vice Jeffrey C. Krause |
| May 01, 2023 | Filed: Order (Proposed) for Pro Hac Vice Admission of Jeffrey C. Krause |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Motion Pro Hac Vice Michael M. Farhang |
| May 01, 2023 | Filed: Order (Proposed) for Pro Hac Vice Admission of Michael M. Farhang |
| May 01, 2023 | Filed: Motion Pro Hac Vice Michael S. Neumeister |
| May 01, 2023 | Filed: Order (Proposed) for Pro Hac Vice Admission of Michael S. Neumeister |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Motion Pro Hac Vice Adam J. Jantzi |
| May 01, 2023 | Filed: Order (Proposed) for Pro Hac Vice Admission of Adam J. Jantzi |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Order for Pro Hac Vice Admission of Adam J. Jantzi |
| May 01, 2023 | Filed: Order for Pro Hac Vice Admission of Michael S. Neumeister |
| May 01, 2023 | Filed: Order for Pro Hac Vice Admission of Michael M. Farhang |
| May 01, 2023 | Filed: Order for Pro Hac Vice Admission of Jeffrey C. Krause |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 01, 2023 | Filed: Return of Electronic Notification |
| May 08, 2023 | Filed: Amended Complaint |
| May 08, 2023 | Filed: Return of Electronic Notification |
| July 25, 2023 | Filed: Motion (Stipulated) to Stay Responsive-Pleading Deadline and Stipulation Re: Acceptance of Service |
| July 25, 2023 | Filed: Order (Proposed) Granting Stipulated Motion to Stay Responsive-Pleading Deadline |
| July 25, 2023 | Filed: Return of Electronic Notification |
| July 26, 2023 | Filed: Order Granting Stipulated Motion to Stay Responsive-Pleading Deadline |
| July 26, 2023 | Filed: Return of Electronic Notification |
| November 10, 2023 | Filed: Motion (Stipulated) to Stay Responsive-Pleading Deadlinge |
| November 10, 2023 | Filed: Order (Proposed) Granting Stipulated Motion to Stay Responsive-Pleading Deadline |
| November 10, 2023 | Filed: Return of Electronic Notification |
| November 14, 2023 | Filed: Other - Not Signed Order (Proposed) Granting Stipulated Motion to Stay Responsive-Pleading Deadline |
| November 14, 2023 | Filed: Return of Electronic Notification |
| November 14, 2023 | Filed: Certificate of Service of Not Signed Order Granting Stipulated Motion to Stay Responsive-Pleading Deadline and Reason for Denial |
| November 14, 2023 | Filed: Return of Electronic Notification |
| November 17, 2023 | Filed: Appearance of Counsel/Notice of Limited Appearance (David C. Reymann) |
| November 17, 2023 | Filed: Return of Electronic Notification |
| November 17, 2023 | Filed: Motion (Unopposed) to Extend Responsive Pleading Deadline |
| November 17, 2023 | Filed: Order (Proposed) Granting Unopposed Motion to Extend Responsive Pleading Deadline |
| November 17, 2023 | Filed: Request/Notice to Submit Unopposed Motion to Extend Responsive Pleading Deadline |
| November 17, 2023 | Filed: Return of Electronic Notification |

| | |
|---|---|
| November 20, 2023 | Filed: Order Granting Unopposed Motion to Extend Responsive Pleading Deadline |
| November 20, 2023 | Filed: Return of Electronic Notification |
| December 20, 2023 | Filed: Answer to First Amended Complaint and Affirmative Defenses |
| December 20, 2023 | Filed: Return of Electronic Notification |
| December 20, 2023 | Filed: NOTICE OF EVENT DUE DATES |
| December 21, 2023 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| December 21, 2023 | Filed: Return of Electronic Notification |
| January 31, 2024 | Filed: Certificate of Service - Defendants Rule 26(a) Initial Disclosures |
| January 31, 2024 | Filed: Return of Electronic Notification |
| February 06, 2024 | Filed: Certificate of Service - Defendants First Supplemental Disclosures |
| February 06, 2024 | Filed: Return of Electronic Notification |
| February 07, 2024 | Filed: Motion Pro Hac Vice (Greg Shinall) |
| February 07, 2024 | Filed: Motion Pro Hac Vice (Matthew H. Rice) |
| February 07, 2024 | Filed: Motion Pro Hac Vice (Sean M. Koller) |
| February 07, 2024 | Filed: Order (Proposed) Granting Pro Hac Vice Admission of Greg Shinall |
| February 07, 2024 | Filed: Order (Proposed) Granting Pro Hac Vice Admission of Matthew H. Rice |
| February 07, 2024 | Filed: Order (Proposed) Granting Pro Hac Vice Admission of Sean M. Koller |
| February 07, 2024 | Filed: Request/Notice to Submit Motions for Pro Hac Vice Admission |
| February 07, 2024 | Filed: Return of Electronic Notification |
| February 08, 2024 | Filed: Order Granting Pro Hac Vice Admission of Greg Shinall |
| February 08, 2024 | Filed: Order Granting Pro Hac Vice Admission of Matthew H. Rice |
| February 08, 2024 | Filed: Order Granting Pro Hac Vice Admission of Sean M. Koller |
| February 08, 2024 | Filed: Return of Electronic Notification |
| February 08, 2024 | Filed: Return of Electronic Notification |
| February 08, 2024 | Filed: Return of Electronic Notification |
| February 15, 2024 | Filed: Submission of Applications for Pro Hac Vice Admission |
| February 15, 2024 | Filed: Return of Electronic Notification |
| February 16, 2024 | Filed: Pro Hac Vice Applications |
| February 29, 2024 | Filed: Stipulated Protective Order |
| February 29, 2024 | Filed: Return of Electronic Notification |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Brad Bonham |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to MB  BB Holdings, LLC |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Matt Davis |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Walker Edison Holding Company, LLC |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Prospect Hill Growth Partners, L.P. |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to JWC-We Holdco, LLC |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to JWC-We Holdings, L.P. |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Prospect Hill Growth Fund II Co-Invest, L.P. |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Prospect Hill Growth Fund II, L.P. |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Phil Damiano |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Ken Murphy |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Adam Suttin |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to Kyle Casella |
| March 08, 2024 | Filed: Certificate of Service of Plaintiffs First Set of Production to David Fiorentino |
| March 08, 2024 | Filed: Return of Electronic Notification |

| | |
|---|---|
| April 11, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance (Kade N. Olsen) |
| April 11, 2024 | Filed: Return of Electronic Notification |
| April 11, 2024 | Filed: Certificate of Service of Joint Responses and Objections to Plaintiffs First Set of Requests for Production of Documents |
| April 11, 2024 | Filed: Return of Electronic Notification |
| April 18, 2024 | Filed: Notice of Intent to Serve Subpoena |
| April 18, 2024 | Filed: Return of Electronic Notification |
| April 24, 2024 | Filed: Complaint |
| April 24, 2024 | Fee Account created |
| April 24, 2024 | Fee Payment |
| April 24, 2024 | Case filed by efiler |
| April 24, 2024 | Filed: Return of Electronic Notification |
| April 24, 2024 | Filed: Amended Complaint |
| April 24, 2024 | Filed: Return of Electronic Notification |
| April 24, 2024 | Filed: Notice of Related Case |
| April 24, 2024 | Filed: Return of Electronic Notification |
| April 24, 2024 | Filed: Summons on Return on MB  BB Holdings, LLC upon GRADEN P. JACKSON/JEANNE BARLOW, REGISTE for |
| April 24, 2024 | Filed: Return of Electronic Notification |
| April 25, 2024 | Filed: Certificate of Service - Founder Defendants First Set of Discovery Requests to Plaintiff |
| April 25, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Certificate of Service of Defendants First Set of Interrogatories to Plaintiff Walker Edison Furniture Company, LLC |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Motion Plaintiffs Unopposed Motion to Consolidate Related Cases |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Order (Proposed) Granting Plaintiffs Unopposed Motion to Consolidate Related Cases |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Plaintiffs Notice of Unopposed Motion to Consolidate Filed in Case No. 230902160 |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Notice of Withdrawal (Charles D. Morris) |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Motion Stipulated Motion to Extend Responsive Pleading Deadline and Stipulation Re: Acceptance of Service |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 09, 2024 | Filed: Order (Proposed) Granting Stipulated Motion to Extend Responsive Pleading Deadline |
| May 09, 2024 | Filed: Return of Electronic Notification |
| May 10, 2024 | Filed: Order Granting Stipulated Motion to Extend Responsive Pleading Deadline |
| May 10, 2024 | Filed: Return of Electronic Notification |
| May 10, 2024 | Filed: Notice of Errata |
| May 10, 2024 | Filed: Exhibit A-Plaintiffs Notice of Unopposed Motion to Consolidate |
| May 10, 2024 | Filed: Return of Electronic Notification |
| May 22, 2024 | Filed: Certificate of Service - Responses and Objections to Founder Defendants First Set of Discovery Requests to Plaintiff |
| May 22, 2024 | Filed: Return of Electronic Notification |
| May 22, 2024 | Filed: Motion Pro Hac Vice of Ryan S. Appleby |
| May 22, 2024 | Filed: Order (Proposed) for Motion Pro Hac Vice |
| May 22, 2024 | Filed: Return of Electronic Notification |
| May 22, 2024 | Filed: Order for Motion Pro Hac Vice |

| | |
|---|---|
| May 22, 2024 | Filed: Return of Electronic Notification |
| May 23, 2024 | Filed: Order Granting Plaintiffs Unopposed Motion to Consolidate Related Cases |
| May 23, 2024 | Filed: Return of Electronic Notification |
| June 05, 2024 | Filed: Certificate of Service of Defendants Response to Plaintiff Walker Edison Furniture Company, LLCs First Set of Interrogatories |
| June 05, 2024 | Filed: Return of Electronic Notification |
| June 14, 2024 | Filed: Certificate of Service of Defendants Requests for Production to Walker Edison Furniture Company, LLC |
| June 14, 2024 | Filed: Return of Electronic Notification |
| June 24, 2024 | Filed: Motion to Dismiss the Complaint |
| June 24, 2024 | Filed: Return of Electronic Notification |
| June 24, 2024 | **** PRIVATE **** Filed: Exhibit A to Defendants Motion to Dismiss the Complaint |
| June 24, 2024 | **** PRIVATE **** Filed: Exhibit B to Defendants Motion to Dismiss the Complaint |
| June 24, 2024 | **** PRIVATE **** Filed: Exhibit C to Defendants Motion to Dismiss the Complaint |
| June 24, 2024 | **** PRIVATE **** Filed: Motion to Classify as Protected Exhibits to Defendants Motion to Dismiss the Complaint |
| June 24, 2024 | Filed: Return of Electronic Notification |
| June 27, 2024 | Filed: Certificate of Service of Responses and Objections to Defendants First Set of Interrogatories to Plaintiff |
| June 27, 2024 | Filed: Return of Electronic Notification |
| July 01, 2024 | Filed: Joint Consolidated Case Schedule |
| July 01, 2024 | Filed: Return of Electronic Notification |
| July 01, 2024 | Filed: Order (Proposed) Granting Joint Consolidated Case Schedule |
| July 01, 2024 | Filed: Return of Electronic Notification |
| July 02, 2024 | Filed: Order Granting Joint Consolidated Case Schedule |
| July 02, 2024 | Filed: Return of Electronic Notification |
| July 02, 2024 | Filed: Notice of Withdrawal of Counsel |
| July 02, 2024 | Filed: Return of Electronic Notification |
| July 02, 2024 | Filed: Notice of Withdrawal of Counsel Michael S. Neumeister and Removal from Service List |
| July 02, 2024 | Filed: Return of Electronic Notification |
| July 12, 2024 | Filed: Certificate of Service Responses and Objections to Defendants Request for Production to Walker Edison Furniture Company, LLC |
| July 12, 2024 | Filed: Return of Electronic Notification |
| July 12, 2024 | Filed: Amended Complaint |
| July 12, 2024 | Filed: Opposition to Defendants Motion to Dismiss Plaintiffs Complaint |
| July 12, 2024 | Filed: Return of Electronic Notification |
| July 12, 2024 | Filed: Return of Electronic Notification |
| July 25, 2024 | Filed: Motion Stipulated Motion to Extend Responsive Pleading Deadline |
| July 25, 2024 | Filed: Return of Electronic Notification |
| July 25, 2024 | Filed: Order (Proposed) Granting Stipulated Motion to Extend Responsive Pleading Deadline |
| July 25, 2024 | Filed: Return of Electronic Notification |
| July 26, 2024 | Filed: Order Granting Stipulated Motion to Extend Responsive Pleading Deadline |
| July 26, 2024 | Filed: Return of Electronic Notification |
| August 12, 2024 | Filed: Motion to Dismiss the First Amended Complaint |
| August 12, 2024 | Filed: Return of Electronic Notification |
| August 12, 2024 | **** PRIVATE **** Filed: Exhibit A to Defendants Motion to Dismiss the First Amended Complaint (Protected) |
| August 12, 2024 | **** PRIVATE **** Filed: Exhibit B to Defendants Motion to Dismiss the First Amended Complaint (Protected) |
| August 12, 2024 | **** PRIVATE **** Filed: Exhibit E to Defendants Motion to Dismiss the First Amended Complaint (Protected) |

| | |
|---|---|
| August 12, 2024 | **** PRIVATE **** Filed: Motion to Classify as Protected Exhibits A, B, and E to Defendants Motion to Dismiss the First Amended Complaint |
| August 12, 2024 | Filed: Exhibit C to Defendants Motion to Dismiss the First Amended Complaint |
| August 12, 2024 | Filed: Exhibit D to Defendants Motion to Dismiss the First Amended Complaint |
| August 12, 2024 | Filed: Exhibit F to Defendants Motion to Dismiss the First Amended Complaint |
| August 12, 2024 | Filed: Return of Electronic Notification |
| August 12, 2024 | Filed: Return of Electronic Notification |
| August 19, 2024 | Filed: Motion - Stipulated Motion for Protective Order |
| August 19, 2024 | Filed: Order (Proposed) - Stipulated Protective Order |
| August 19, 2024 | Filed: Request/Notice to Submit - Stipulated Motion for Protective Order |
| August 19, 2024 | Filed: Return of Electronic Notification |
| August 20, 2024 | Filed: Notice of Withdrawal of Counsel (Michael A. Gehret) |
| August 20, 2024 | Filed: Return of Electronic Notification |
| August 20, 2024 | Filed: Order - Stipulated Protective Order |
| August 20, 2024 | Filed: Return of Electronic Notification |
| August 30, 2024 | Filed: Request/Notice to Submit Motions to Classify |
| August 30, 2024 | Filed: Order (Proposed) Granting Motions to Classify |
| August 30, 2024 | Filed: Return of Electronic Notification |
| August 30, 2024 | Filed: Order Granting Motions to Classify |
| August 30, 2024 | Filed: Return of Electronic Notification |
| September 11, 2024 | Filed: Opposition to Defendants Motion to Dismiss the First Amended Complaint |
| September 11, 2024 | Filed: Return of Electronic Notification |
| September 26, 2024 | Filed: Motion Stipulated Motion for Extension of time to Complete Interim Discovery Deadlines |
| September 26, 2024 | Filed: Return of Electronic Notification |
| September 26, 2024 | Filed: Order (Proposed) Granting Stipulated for Extension of Time to Complete Interim Discovery Deadlines |
| September 26, 2024 | Filed: Return of Electronic Notification |
| September 26, 2024 | Filed: Reply in Support of Defendants Motion to Dismiss the First Amended Complaint |
| September 26, 2024 | Filed: Return of Electronic Notification |
| September 27, 2024 | Filed: Order Granting Stipulated for Extension of Time to Complete Interim Discovery Deadlines |
| September 27, 2024 | Filed: Return of Electronic Notification |
| October 01, 2024 | Filed: Notice Re: Non-Compliance with Court-Ordered Briefing Schedule |
| October 01, 2024 | Filed: Return of Electronic Notification |
| October 03, 2024 | Filed: Motion (Stipulated) to Extend Defendants Reply Deadline to September 26, 2024 |
| October 03, 2024 | Filed: Request/Notice to Submit Stipulated Motion to Extend Defendants Reply Deadline to September 26, 2024 |
| October 03, 2024 | Filed: Order (Proposed) Granting Stipulated Motion to Extend Defendants Reply Deadline to September 26, 2024 |
| October 03, 2024 | Filed: Return of Electronic Notification |
| October 04, 2024 | Filed: Order Granting Stipulated Motion to Extend Defendants Reply Deadline to September 26, 2024 |
| October 04, 2024 | Filed: Return of Electronic Notification |
| October 10, 2024 | Filed: Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| October 10, 2024 | Filed: Exhibit A to Proposed Order |
| October 10, 2024 | Filed: Order (Proposed) Granting Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| October 10, 2024 | Filed: Return of Electronic Notification |
| October 10, 2024 | Filed: Request/Notice to Submit Motion to Dismiss the First Amended Complaint |
| October 10, 2024 | Filed: Return of Electronic Notification |
| October 17, 2024 | Filed: Denial of Motion to Dismiss |
| October 17, 2024 | Denial of Motion to Dismiss |

| | |
|---|---|
| October 18, 2024 | Filed: Return of Electronic Notification |
| October 24, 2024 | Filed: Return of Service upon SARAH DELAVILLA for |
| October 24, 2024 | Filed: Return of Electronic Notification |
| October 25, 2024 | Filed: Request/Notice to Submit - Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| October 25, 2024 | Filed: Return of Electronic Notification |
| October 28, 2024 | Filed: Order Granting Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| October 28, 2024 | Filed: Return of Electronic Notification |
| October 31, 2024 | Filed: Answer to First Amended Complaint |
| October 31, 2024 | Filed: Return of Electronic Notification |
| November 08, 2024 | Fee Account created |
| November 08, 2024 | Fee Payment |
| November 08, 2024 | Filed: Demand for Jury Trial - Civil |
| November 08, 2024 | Filed: Return of Electronic Notification |
| November 25, 2024 | Filed: Objection to Non-Party PennantPark Investment Advisers, LLC s Subpoena Duces Tecum |
| November 25, 2024 | Filed: Return of Electronic Notification |
| December 09, 2024 | Filed: Return of Service Upon Bain Capital upon MARK PROKES for |
| December 09, 2024 | Filed: Return of Electronic Notification |
| December 13, 2024 | Filed: Certificate of Service of Defendants  Supplemental Initial Disclosures |
| December 13, 2024 | Filed: Return of Electronic Notification |
| December 13, 2024 | Filed: Appearance of Counsel/Notice of Limited Appearance of Tammy M. Frisby |
| December 13, 2024 | Filed: Return of Electronic Notification |
| March 03, 2025 | Filed: Certificate of Service of Defendants  First Set of Interrogatories to Plaintiff Blue Owl Capital Corporation |
| March 03, 2025 | Filed: Return of Electronic Notification |
| March 28, 2025 | Filed: Notice of Withdrawal of Counsel (Jeffrey C. Krause) |
| March 28, 2025 | Filed: Return of Electronic Notification |
| April 23, 2025 | Filed: Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| April 23, 2025 | Filed: Exhibit to Proposed Order |
| April 23, 2025 | Filed: Order (Proposed) Granting Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| April 23, 2025 | Filed: Return of Electronic Notification |
| May 05, 2025 | Filed: Order Granting Motion for Appointment of Commission to Issue Utah Subpoena in Massachusetts |
| May 05, 2025 | Filed: Return of Electronic Notification |
| May 14, 2025 | Filed: Return of Service on RSM US, LLP |
| May 14, 2025 | Filed: Return of Electronic Notification |
| May 14, 2025 | Filed: Return of Service on KPMG, LLP |
| May 14, 2025 | Filed: Return of Electronic Notification |
| May 21, 2025 | Filed: Return of Service on Evolution Credit Partners Management, LLC |
| May 21, 2025 | Filed: Return of Electronic Notification |
| June 05, 2025 | Filed: Affirmation of Service on Trilantic Capital Management, L.P. |
| June 05, 2025 | Filed: Return of Electronic Notification |
| June 10, 2025 | Filed: Return of Service on Target Corporation |
| June 10, 2025 | Filed: Return of Electronic Notification |
| June 10, 2025 | Filed: Return of Service on Wayfair, Inc. |
| June 10, 2025 | Filed: Return of Electronic Notification |
| June 12, 2025 | Filed: Notice of Intent to Serve Subpoena (KPMG,LLP) |
| June 12, 2025 | Filed: Return of Electronic Notification |
| June 12, 2025 | Filed: Errata to Notice of Intent to Serve Subpoena (KPMG, LLP) |

| | |
|---|---|
| June 12, 2025 | Filed: Return of Electronic Notification |
| June 12, 2025 | Filed: Notice of Intent to Serve Subpoena (HOULIHAN LOKEY) |
| June 12, 2025 | Filed: Return of Electronic Notification |
| June 25, 2025 | Filed: Return of Service on Amazon.com Services, LLC |
| June 25, 2025 | Filed: Return of Electronic Notification |
| June 30, 2025 | Filed: Notice of Intent to Serve Subpoena (Beyond, Inc.) |
| June 30, 2025 | Filed: Return of Electronic Notification |
| July 17, 2025 | Filed: Notice of Intent to Serve Subpoena to Appear at Deposition (Boyd Kezerian) |
| July 17, 2025 | Filed: Notice of Intent to Serve Subpoena to Appear at Deposition (Joana McKenna) |
| July 17, 2025 | Filed: Notice of Intent to Serve Subpoena to Appear at Deposition (Bradley Henn) |
| July 17, 2025 | Filed: Return of Electronic Notification |
| July 21, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| July 21, 2025 | Filed: Return of Electronic Notification |
| July 21, 2025 | Filed: Notice of Withdrawal of Tammy M. Frisby |
| July 21, 2025 | Filed: Return of Electronic Notification |
| July 21, 2025 | Filed: Plaintiffs Statement of Discovery Issues |
| July 21, 2025 | Filed: Return of Electronic Notification |
| July 21, 2025 | Filed: Statement of Discovery Issues Regarding Assignor Document Production |
| July 21, 2025 | Filed: Order (Proposed) Granting Statement of Discovery Issues Regarding Assignor Document Production |
| July 21, 2025 | Filed: Return of Electronic Notification |
| July 21, 2025 | Filed: Plaintiffs Amended Statement of Discovery Issues |
| July 21, 2025 | Filed: Order (Proposed) Order Granting Plaintiffs Amended Statement of Discovery Issues |
| July 21, 2025 | Filed: Return of Electronic Notification |
| July 23, 2025 | Filed: Certificate of Service of Defendants Supplemental Initial Disclosures in Consolidated Matter Pursuant to Rule 26(a)(1) |
| July 23, 2025 | Filed: Return of Electronic Notification |
| July 23, 2025 | Filed: Motion Pro Hac Vice Admission of Elizabeth Laughlin and Consent of Sponsoring Local Counsel |
| July 23, 2025 | Filed: Request/Notice to Submit for Decision: Motions for Pro Hac Vice Admission (Elizabeth Laughlin and Trevor Scheetz) |
| July 23, 2025 | Filed: Order (Proposed) Granting Motion for Pro Hac Vice Admission of Elizabeth Laughlin |
| July 23, 2025 | Filed: Return of Electronic Notification |
| July 23, 2025 | Filed: Motion Pro Hac Vice Admission of Trevor Scheetz and Consent of Sponsoring Local Counsel |
| July 23, 2025 | Filed: Request/Notice to Submit for Decision: Motions for Pro Hac Vice Admission (Elizabeth Laughlin and Trevor Scheetz) |
| July 23, 2025 | Filed: Order (Proposed) Granting Motion for Pro Hac Vice Admission of Trevor Scheetz |
| July 23, 2025 | Filed: Return of Electronic Notification |
| July 23, 2025 | Filed: Order Granting Motion for Pro Hac Vice Admission of Elizabeth Laughlin |
| July 23, 2025 | Filed: Order Granting Motion for Pro Hac Vice Admission of Trevor Scheetz |
| July 23, 2025 | Filed: Return of Electronic Notification |
| July 23, 2025 | Filed: Return of Electronic Notification |
| July 24, 2025 | Filed: Return of Service of Subpoena to Appear at Deposition - on Boyd Kezerian |
| July 24, 2025 | Filed: Return of Electronic Notification |
| July 24, 2025 | Filed: Return of Service of Subpoena to Appear at Deposition - Joana McKenna |
| July 24, 2025 | Filed: Return of Electronic Notification |
| July 28, 2025 | Filed: Objection to Defendants Statement of Discovery Issues |
| July 28, 2025 | Filed: Order (Proposed) Denying Defendants Statement of Discovery Issues |
| July 28, 2025 | Filed: Return of Electronic Notification |
| July 28, 2025 | Filed: Objection to Plaintiffs Amended Statement of Discovery Issues |

| | |
|---|---|
| July 28, 2025 | Filed: Order (Proposed) Denying Plaintiffs Amended Statement of Discovery Issues |
| July 28, 2025 | Filed: Return of Electronic Notification |
| July 29, 2025 | Filed: Request/Notice to Submit Plaintiff s Statement of Discovery Issues |
| July 29, 2025 | Filed: Return of Electronic Notification |
| July 29, 2025 | Filed: Other - Not Signed Order (Proposed) Order Granting Plaintiffs Amended Statement of Discovery Issues |
| July 29, 2025 | Filed: Order Denying Plaintiffs Amended Statement of Discovery Issues |
| July 29, 2025 | Filed: Return of Electronic Notification |
| July 29, 2025 | Filed: Return of Electronic Notification |
| July 31, 2025 | Filed: Request/Notice to Submit Statement of Discovery Issues Regarding Assignor Document Production |
| July 31, 2025 | Filed: Return of Electronic Notification |
| July 31, 2025 | Filed: Certificate of Service of Adam Suttin s Response to Plaintiff Walker Edison Furniture Company, LLC s First Set of Interrogatories |
| July 31, 2025 | Filed: Return of Electronic Notification |
| July 31, 2025 | Filed: Other - Not Signed Order (Proposed) Denying Defendants Statement of Discovery Issues |
| July 31, 2025 | Filed: Order Granting Statement of Discovery Issues Regarding Assignor Document Production |
| July 31, 2025 | Filed: Return of Electronic Notification |
| July 31, 2025 | Filed: Return of Electronic Notification |
| August 05, 2025 | Filed: Motion Stipulated Motion for Extension of Case Deadlines |
| August 05, 2025 | Filed: Order (Proposed) Granting Stipulated Motion for Extension of Case Deadlines |
| August 05, 2025 | Filed: Return of Electronic Notification |
| August 05, 2025 | Filed: Request/Notice to Submit For Decision |
| August 05, 2025 | Filed: Return of Electronic Notification |
| August 08, 2025 | Filed: Order Granting Stipulated Motion for Extension of Case Deadlines |
| August 08, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Motion Pro Hac Vice Admission of Adam Savitt and Consent of Sponsoring Local Counsel |
| August 11, 2025 | Filed: Order (Proposed) Granting Motion for Pro Hac Vice Admission of Adam Savitt |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Motion Pro Hac Vice Admission of Geoffrey Chepiga and Consent of Sponsoring Local Counsel |
| August 11, 2025 | Filed: Order (Proposed) Granting Motion for Pro Hac Vice Admission of Geoffrey Chepiga |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Motion Pro Hac Vice Admission of Vida Robinson and Consent of Sponsoring Local Counsel |
| August 11, 2025 | Filed: Order (Proposed) Granting Motion for Pro Hac Vice Admission of Vida Robinson |
| August 11, 2025 | Filed: Motion Pro Hac Vice Admission of William Clareman and Consent of Sponsoring Local Counsel |
| August 11, 2025 | Filed: Order (Proposed) Granting Motion for Pro Hac Vice Admission of William Clareman |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Request/Notice to Submit for Decision: Motions for Pro Hac Vice Amission |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Order Granting Motion for Pro Hac Vice Admission of Vida Robinson |
| August 11, 2025 | Filed: Order Granting Motion for Pro Hac Vice Admission of William Clareman |
| August 11, 2025 | Filed: Order Granting Motion for Pro Hac Vice Admission of Geoffrey Chepiga |
| August 11, 2025 | Filed: Order Granting Motion for Pro Hac Vice Admission of Adam Savitt |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Return of Electronic Notification |

| | |
|---|---|
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 11, 2025 | Filed: Return of Electronic Notification |
| August 14, 2025 | Filed: Notice of Intent to Serve Amended Subpoena (Bradley Henn) |
| August 14, 2025 | Filed: Return of Electronic Notification |
| August 18, 2025 | Filed: Certificate of Service: Plaintiff Walker Edison Furniture Company, LLC s Supplemental Initial Discllosures |
| August 18, 2025 | Filed: Certificate of Service: Plaintiff Blue Owl Capital Corporation s Supplemental Initial Disclosures |
| August 18, 2025 | Filed: Acceptance of Service of Amended Subpoena to Appear at Deposition (Bradley Henn) |
| August 18, 2025 | Filed: Return of Electronic Notification |
| August 18, 2025 | Filed: Return of Electronic Notification |
| September 03, 2025 | Filed: Notice of Intent to Serve Second Amended Subpoena (Bradley Henn) |
| September 03, 2025 | Filed: Return of Electronic Notification |
| September 03, 2025 | Filed: Acceptance of Service of Second Amended Subpoena to Appear at Deposition (Bradley Henn) |
| September 03, 2025 | Filed: Return of Electronic Notification |

**Account Summary**

| Account | Details | | | | |
|---|---|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE | Amount Due: | $ | 375.00 | | |
| | Amount Paid: | $ | 375.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | **\* $ 0.00** |
| REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL | Amount Due: | $ | 250.00 | | |
| | Amount Paid: | $ | 250.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | **\* $ 0.00** |
| REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL | Amount Due: | $ | 250.00 | | |
| | Amount Paid: | $ | 250.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | **\* $ 0.00** |