# EXHIBIT 3

The Order of the Court is stated below:
**Dated:** August 08, 2025          /s/   ROBERT FAUST
05:53:49 PM                          District Court Judge

| | |
|---|---|
| Erik Christiansen, USB #7372<br>Alan Mouritsen, USB #13558<br>Brian M. Rothschild, USB #15316<br>**Parsons Behle & Latimer**<br>201 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111<br>Telephone: 801.532.1234<br>Facsimile: 801.536.6111<br>echristiansen@parsonsbehle.com<br>amouritsen@parsonsbehle.com<br>brothschild@parsonsbehle.com<br><br>*Co-Counsel for Blue Owl Capital*<br>*Corporation and Walker Edison Furniture*<br>*Company, LLC* | Michael M. Farhang (admitted pro hac vice)<br>Ryan S. Appleby (admitted pro hac vice)<br>C. Lee Wilson (admitted pro hac vice)<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>mfarhang@gibsondunn.com<br>rappleby@gibsondunn.com<br>clwilson@gibsondunn.com<br><br>*Co-Counsel for Blue Owl Capital*<br>*Corporation and Walker Edison Furniture*<br>*Company, LLC* |

IN THE Third JUDICIAL DISTRICT COURT

FOR THE COUNTY of Salt Lake, STATE OF UTAH

| | |
|---|---|
| WALKER EDISON FURNITURE COMPANY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF Case deadlines**<br><br>Consolidated Case No. 230902160<br><br>Judge: Hon. Robert Faust<br><br>Discovery Tier 3 |

1

No further time extensions will be granted.

Before the Court is the Parties' Stipulated Motion for Extension of Case Deadlines, filed on August 5, 2025. Based on the stipulation, and for good cause appearing,

**IT IS HEREBY ORDERED** that the request is GRANTED. The Joint Consolidated Case Schedule is modified solely to update the following deadlines: fact discovery shall close on October 23, 2025; expert discovery shall close on March 23, 2026; the deadline for parties to file any motions for summary judgment shall be May 12, 2026.

**In accordance with the Utah State District Courts Efiling Standard No. 4, and URCP Rule 10(e), this Order does not bear the handwritten signature of the Judge but instead displays an electronic signature at the upper right-hand corner of the first page of this Order.**

Agreed as to form by:

| PARR BROWN GEE & LOVELESS, P.C. | SPERLING & SLATER, LLC |
|---|---|
| _/s/ David C. Reymann_<br>David C. Reymann<br>Kade N. Olsen<br>Carissa A. Uresk<br><br>101 South 200 East, Suite 700<br>Salt Lake City, UT  84111<br>dreymann@parrbrown.com<br>jhafen@parrbrown.com<br><br>_For defendants_: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, Walker Edison Holding Co., LLC, Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill | _/s/ Greg Shinall_<br>Greg Shinall (admitted pro hac vice)<br>Matthew H. Rice (admitted pro hac vice)<br><br>321 North Clark Street, 25th Floor<br>Chicago, IL 60603<br>shinall@sperlingkenny.com<br>mrice@sperlingkenny.com<br><br><br>_For defendants_: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Co., LLC |

2

| | |
|---|---|
| Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P. | |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>*/s/ Geoffrey Chepiga*<br>Geoffrey Chepiga (pro hac vice forthcoming)<br>William Clareman (pro hac vice forthcoming)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>gchepiga@paulweiss.com<br>wclareman@paulweiss.com<br><br>*For defendants*: Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P. | **PARKINSON \| BENSON \| POTTER**<br><br>*/s/ Brennan H. Moss*<br>Brennan H. Moss<br><br>2750 Rasmussen Rd., Suite H-107<br>Park City, UT 84098<br>brenna@pbp.law<br><br>*For defendants*: Brad Bonham; MB & BB Holdings, LLC; Matt Davis |

| | |
|---|---|
| **PARSONS BEHLE & LATIMER**<br><br>*/s/ Erik Christiansen*<br>Erik Christiansen<br>Alan Mouritsen<br>Brian M. Rothschild<br><br>201 South Main Street, Suite 1800<br>Salt Lake City, Utah 84111<br>Telephone: 801.532.1234<br>Facsimile: 801.536.6111<br>echristiansen@parsonsbehle.com<br>amouritsen@parsonsbehle.com<br>brothschild@parsonsbehle.com<br><br>*For Plaintiffs Walker Edison Furniture Company, LLC and Blue Owl Capital Corporation* | **GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/ Michael M. Farhang*<br>Michael M. Farhang (admitted pro hac vice)<br>Ryan S. Appleby (admitted pro hac vice)<br>C. Lee Wilson (admitted pro hac vice)<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>mfarhang@gibsondunn.com<br>rappleby@gibsondunn.com<br>clwilson@gibsondunn.com<br><br>*For Plaintiffs Walker Edison Furniture Company, LLC and Blue Owl Capital Corporation* |

3

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August 2025, I electronically filed the foregoing **ORDER STIPULATED MOTION FOR EXTENSION OF CASE DEADLINES**, which served all counsel of record.

*/s/ Erik Christiansen*

5